B 10S1 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan (Detroit)

In re Daniel Frank Wight, Jr. /Kelly Kathleen Wight,  Case No. 15-42808
    Debtor

Chapter 13

## Notice of Mortgage Payment Change

**If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** CitiMortgage, Inc.

**Court claim no.** (if known): 7

**Last four digits** of any number you use to identify the debtor's account: 4 5 0 4

**Date of payment change:** 08/01/2015
Must be at least 21 days after date of this notice

**New total payment:** $ 1143.63
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**
☐ No
☑ Yes  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

**Current escrow payment:** $ 200.72     **New escrow payment:** $ 199.33

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**
☑ No
☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

**Current interest rate:** _____%     **New interest rate:** _____%

**Current principal and interest payment:** $ _____     **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**
☑ No
☐ Yes  Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: _____

**Current mortgage payment:** $ _____     **New mortgage payment:** $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☒ I am the creditor.   ☐ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Bradley M Adams
Signature

Date 06/24/2015
mm/dd/yyyy

**Print:** Bradley M Adams
First Name   Middle Name   Last Name

Title Bankruptcy Specialist

Company CitiMortgage, Inc.

Address PO Box 6030
Number   Street
Sioux Falls, SD  57117-6030
City   State   ZIP Code

Contact phone (866) 613-5636

Email CITIPCN@citi.com

U.S. Bankruptcy Court
Eastern District of Michigan (Detroit)

Debtor: Daniel Frank Wight, Jr.
Kelly Kathleen Wight

Case No. 15-42808

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2015, I served a copy of this Notice and all attachments on the following by U.S. Mail, postage prepaid:

Debtor: Daniel Frank Wight, Jr.
Kelly Kathleen Wight

301 DANIEL AVE
WESTLAND, MI 48186

I hereby certify that on June 24, 2015, I served a copy of this Notice and all attachments on the following by Electronic Notification:

Trustee: Tammy L. Terry
Buhl Building
535 Griswold Suite 2100
Detroit, MI 48226

Debtors Counsel: Brian Philip Dunne
Ardelean & Dunne, PLLC
24300 Southfield Road Suite 308
Southfield, MI 48075

/s/Bradley M Adams
Bankruptcy Specialist



**CitiMortgage**
P.O. Box 6243
Sioux Falls, SD 57117-6243
Customer Service 1-800-283-7918*
TTY Services available: Dial 711 from the United States;
Dial 1-866-280-2050 from Puerto Rico

**Escrow Account Disclosure S**

REPRESENTATION OF PRINTED DOCUMENT

Annual Escrow Analysis

Page 1

Analysis Date: June 19, 2015

CASE#: 15-42808
DANIEL F WIGHT JR

8-671-95070-0000002-001-2-000-000-000-000
TAMMY L TERRY
535 GRISWOLD ST SUITE 2100
BUHL BUILDING
DETROIT MI 48226-

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO AN AUTOMATIC STAY OF BANKRUPTCY ORDER UNDER TITLE 11 OF THE UNITED STATES CODE, THIS NOTICE IS FOR COMPLIANCE AND INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT ANY SUCH OBLIGATION. IF YOU ARE REPRESENTED BY AN ATTORNEY, PLEASE NOTIFY US AND PROVIDE THIS CORRESPONDENCE TO YOUR ATTORNEY.

### Mortgage Payment

| | | | |
|---|---|---|---|
| New Monthly Payment Amount: | $1,143.63 | New Payment Effective: | August 01, 2015 |

| | CURRENT PAYMENT | NEW PAYMENT |
|---|---|---|
| PRINCIPAL/INTEREST | 944.30 | 944.30 |
| MONTHLY ESCROW PAYMENT | 200.72 | 199.33 |
| TOTAL PAYMENT | 1,145.02 | 1,143.63 |

- Your new monthly escrow payment represents 1/12th of your projected annual escrow disbursements.
- If your payment is issued by a third party, or if you make your payments through a bill pay service, please take the appropriate action to ensure that the new amount is updated with the service provider.

### Projections for the coming Year

Please keep this statement for reference next year.

| MONTH | PAYMENTS TO ESCROW ACCT | PAYMENTS FROM ESCROW ACCT | DESCRIPTION | PROJECTED BALANCE | REQUIRED BALANCE |
|---|---|---|---|---|---|
| Starting Balance: (Activity Assumed through July, 2015) | | | | $1,569.68 | $1,868.07 |
| AUG 15 | 174.47 | 1,693.60 | CITY/TOWN TAX | 50.55 (a) | 348.94 (b) |
| SEP 15 | 174.47 | .00 | | 225.02 | 523.41 |
| OCT 15 | 174.47 | .00 | | 399.49 | 697.88 |
| NOV 15 | 174.47 | .00 | | 573.96 | 872.35 |
| DEC 15 | 174.47 | 400.00 | CITY/TOWN TAX | 348.43 | 646.82 |
| JAN 16 | 174.47 | .00 | | 522.90 | 821.29 |
| FEB 16 | 174.47 | .00 | | 697.37 | 995.76 |
| MAR 16 | 174.47 | .00 | | 871.84 | 1,170.23 |
| APR 16 | 174.47 | .00 | | 1,046.31 | 1,344.70 |
| MAY 16 | 174.47 | .00 | | 1,220.78 | 1,519.17 |
| JUN 16 | 174.47 | .00 | | 1,395.25 | 1,693.64 |
| JUL 16 | 174.47 | .00 | | 1,569.72 | 1,868.11 |
| TOTALS: | $2,093.64 | $2,093.60 | | | |

671-2280-0114F

- Mortgage Insurance, if any, is not included in the required low point calculation.

### Determining Your Escrow Shortage/Surplus

| | |
|---|---|
| PROJECTED LOW-POINT: | 50.55 (a) |
| REQUIRED LOW-POINT (Cushion): | 348.94 (b) |
| TOTAL ESCROW SHORTAGE: | 298.39 |

Under Federal Law, your shortage will be spread over a 12 month period.
If your Projected Low-Point (a) is:
- Less than your Required Low-Point (b), you have a shortage.
- Greater than your Required Low-Point (b), you have a surplus.
- Equal to your Required Low-Point (b), the above does not apply.

**ESCROW SHORTAGE / ADVANCE COUPON** PLEASE DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT. PLEASE ALLOW 7 TO 10 DAYS FOR POSTAL DELIVERY.

DANIEL F WIGHT JR

AMOUNT ENCLOSED $ ☐☐☐,☐☐☐.☐☐

If you prefer to pay all or part of the Shortage Amount, simply detach this coupon and mail it along with your payment for the Shortage Amount in the enclosed envelope.

Shortage Amount:
$298.39

**Paying the shortage in full will lower your payment; however, your payment may not return to the previous amount. If your tax and/or insurance bill amounts have changed, we may now need to collect a different monthly amount for these bill(s), and this amount may be higher. If you have questions about increased bills, contact your insurance agent or tax authority directly.**

CitiMortgage, Inc.
P.O. Box 688948
Des Moines, IA 50368-8948

Please allow 7 days from our receipt of the shortage payment to adjust your monthly payment.

C26844  INTERNET REPRINT  02-03-14

**Escrow Account Disclosure Statement**
REPRESENTATION OF PRINTED DOCUMENT

Analysis Date: June 19, 2015
Annual Escrow Analysis

### Account History

| ITEM | ACTUAL PAYMENTS | PROJECTED PAYMENTS | INCREASE/ DECREASE |
|---|---|---|---|
| MORTGAGE INSURANCE | 315.00 | 341.25 | -26.25 |
| COMBINED TAXES | 2,093.60 | 1,886.15 | 207.45 |

Please note the increases/decreases that may have occurred from the projections. This has impacted the shortage/surplus in this analysis reflected on the front side of this statement.

This is a statement of actual activity in your escrow account from June 1, 2014 through June 19, 2015.
This section provides last year's projections and compares it with actual activity.

Your most recent monthly mortgage payment during the past year was $1,145.02 of which $944.30 was for principal and interest and $200.72 was credited to your escrow account.

| MONTH | ACTUAL PAYMENTS TO ESCROW ACCOUNT | PROJECTED PAYMENTS TO ESCROW ACCOUNT | ACTUAL PAYMENTS FROM ESCROW ACCOUNT | PROJECTED PAYMENTS FROM ESCROW ACCOUNT | DESCRIPTION | ACTUAL ESCROW RUNNING BALANCE | PROJECTED ESCROW RUNNING BALANCE |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | $1,366.50 | $1,340.25 |
| JUN 14 | 184.52 | 183.43 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 1,524.77 | 1,497.43 |
| JUL 14 | 184.52 | 183.43 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 1,683.04 | 1,654.61 |
| AUG 14 | .00 | 183.43 * | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 1,656.79 | 1,811.79 |
| AUG 14 | 184.52 | .00 * | 1,693.60 | 1,510.58 * | CITY/TOWN TAX | 147.71 | 301.21 |
| SEP 14 | 184.52 | 183.43 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 305.98 | 458.39 |
| OCT 14 | 184.52 | 183.43 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 464.25 | 615.57 |
| NOV 14 | 184.52 | 183.43 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 622.52 | 772.75 |
| DEC 14 | .00 | 183.43 * | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 596.27 | 929.93 |
| DEC 14 | 184.52 | .00 * | 400.00 | 375.57 * | CITY/TOWN TAX | 380.79 | 554.36 |
| JAN 15 | 184.52 | 183.43 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 539.06 | 711.54 |
| FEB 15 | 184.52 | 183.43 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 697.33 | 868.72 |
| MAR 15 | 200.72 | 200.72 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 871.80 | 845.55 |
| APR 15 | 200.72 | 200.72 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 1,046.27 | 1,020.02 |
| MAY 15 | 200.72 | 200.72 | 26.25 | 26.25 | PRIVATE MORTGAGE INSURANCE-PMI | 1,220.74 | 1,194.49 |
| JUN 15 | 148.22 | 200.72 * | .00 | 26.25 * | PRIVATE MORTGAGE INSURANCE-PMI | 1,368.96 | 1,368.96 |
| Totals: | $2,411.06 | $2,453.75 | $2,408.60 | $2,227.40 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or amount. Payment differences of $2.00 or less will not be marked with an asterisk.

Under Federal Law, your lowest monthly balance should not have exceeded $348.92 which is 1/6 of anticipated payments unless your mortgage contract or state law specifies a lower amount. Under your mortgage contract or state law, your lowest monthly balance should not have exceeded $348.94.

671-2281-0114B

CitiMortgage may charge interest on funds advanced to pay your escrow items. If you do not repay the escrow advance within 60 days (of the Escrow Analysis Statement date above) interest will be charged on the outstanding advance amount. The rate of interest on the advance will be the Note rate applicable to your first mortgage loan. The monthly interest accrual will appear on your monthly Mortgage Statement.

When you provide a check, you authorize us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. If we use your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

©2014 CitiMortgage, Inc. CitiMortgage, Inc. is an equal housing lender. Citi, Arc Design, and Citi and Arc Design are registered service marks of Citigroup Inc.
C671EP                                                  INTERNET REPRINT                                                  02-10-14